CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Melissa T. Daugherty, (SBN: 227451)
Melissa.Daugherty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
Attorneys for Defendant
Mariner's Medical Plaza Owner's Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEFF JINKINS, | Case No.: 8:19-CV-01980-DOC-JDE |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| MARINER'S MEDICAL PLAZA OWNER'S ASSOCIATION, a California Nonprofit Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: March 11, 2020 | CENTER FOR DISABILITY ACCESS |
| 3 | | By:   /s/Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 6 | Dated: March 11, 2020 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 8 | | By:   /s/Melissa T. Daugherty |
| 9 | | Melissa T. Daugherty<br>Attorneys for Defendant<br>Mariner's Medical Plaza Owner's Association |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Melissa T. Daugherty, counsel for Mariner's Medical Plaza Owner's Association, and that I have obtained authorization to affix her electronic signature to this document.

Dated: March 11, 2020			CENTER FOR DISABILITY ACCESS

					By:   /s/Amanda Lockhart Seabock
						Amanda Lockhart Seabock
						Attorneys for Plaintiff